**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Daniel WATLINGTON, a/k/a Gator Slim, Defendant–Appellant.**

No. 11–7299.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 9, 2012.

Decided: Feb. 14, 2012.

Daniel Watlington, Appellant Pro Se.

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Watlington appeals the district court's order denying his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Watlington,* No. 5:05–cr–00004–F–1 (E.D.N.C. Sept. 12, 2011). We dispense